FILED
JUL 26 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE TRANSFER OF OFFENDERS, Pursuant to 18 U.S.C. §4100 et seq. | CASE NO.: 1:17MC00053 LJO<br><br>ORDER |

    Pursuant to 28 U.S.C. § 636(g), the Honorable Barbara A. McAuliffe, a United States Magistrate Judge for the Eastern District of California, is assigned to perform the verification proceedings as required by 18 U.S.C. § 4108 commencing on or about September 6, 2017, in Tokyo, Japan relating to the proposed transfers of offenders from Japan to the United States. Magistrate Judge McAuliffe is also authorized to assign counsel for the said offenders as provided in 18 U.S.C. § 4109.

    IT IS SO ORDERED.

Dated: July 26, 2017

                                                 LAWRENCE J. O'NEILL
                                                 UNITED STATES DISTRICT JUDGE